JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Joseph Menichiello**, | Case No. SACV 17-00609 AG (KESx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Ascend Funding, LLC**, | |
| Defendant. | |

The Court enters judgment for Defendant and against Plaintiff.

Dated August 28, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT